IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARIO ANDRETTI DELAPP,                )
                                      )
            Petitioner,                )
                                      )
    v.                                )     1:24-cv-868
                                      )
RUTHERFORD CORRECTIONAL,              )
                                      )
            Respondent.                )

## ORDER

On November 6, 2024, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is hereby **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner filing a new petition which corrects the defects of the current Petition.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 10th day of December, 2024.

_____
United States District Judge